IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE WARREN, | : Civil No. 1:24-CV-635 |
| Plaintiff, | : |
| v. | : |
| | : (Chief Magistrate Judge Bloom) |
| LELAND DUDEK, Acting Commissioner of Social Security, | : |
| Defendant. | : |

## ORDER

AND NOW, this 22nd day of April 2025, in accordance with the accompanying Memorandum Opinion, IT IS HEREBY ORDERED that the final decision of the Commissioner denying this claim is VACATED, and this case is REMANDED to the Commissioner for further administrative proceedings pursuant to 42 U.S.C. § 405(g). IT IS FURTHER ORDERED that final judgment should be entered in favor of the plaintiff and against the Commissioner of Social Security.

*s/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge